UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                      Docket No. 07MAG1433

                                                    NOTICE OF
                                                    APPEARANCE

ELADIO GUZMAN,
                       Defendant.
------------------------------------------------------------------X

TO THE CLERK OF THE COURT:

     You are hereby notified that I, Kevin T. Kearon, appear for the defendant in the above-entitled action.

Dated: September 17, 2007
       Rockville Centre, New York

                                                                   Yours, etc.


                                                          _____
                                                          KEVIN T. KEARON
                                                          Attorney for Defendant
                                                          11 Clinton Avenue
                                                          Rockville Centre, New York 11570
                                                          (516) 255-2070